UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. AMIT GHOSHAL,

    Plaintiff,

v.

THOMAS M. COOLEY LAW SCHOOL,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:10-cv-888

## **ORDER OF RECUSAL**

Due to events subsequent to the assignment of this case, I am unavailable to conclude the proceedings for this lawsuit. Therefore, I am recusing myself from further participation. Pursuant to Administrative Order 07-193, this case shall be assigned to another district judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Date: April 28, 2011

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge