UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. AMIT GHOSHAL,

    Plaintiff,                              Case No. 1:10-cv-888

v.                                                 HON. JANET T. NEFF

THOMAS M. COOLEY LAW SCHOOL,

    Defendant.
_____/

## ORDER

This is a civil action filed pursuant to 28 U.S.C. § 1332.  On August 31, 2011, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint (Dkt 46).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 17, 2012, recommending that this Court grant Defendant's motion, dismiss without prejudice Defendant's state law counterclaim and terminate this matter.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 60) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt 46) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant's state law counterclaim is DISMISSED WITHOUT PREJUDICE and this matter is terminated for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Date: March 6, 2012                                     /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                           United States District Judge